**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**GORE, KILPATRICK & DAMBRINO,**                                   **PLAINTIFF**
**PLLC, a Mississippi Professional**
**Limited Liability Company**

**V.**                                                       **NO. 4:25-CV-107-DMB-DAS**

**SPINNAKER INSURANCE COMPANY,**
**an Illinois Company; COWBELL CYBER,**
**INC., a Delaware Corporation; COWBELL**
**INSURANCE AGENCY LLC, a California**
**Corporation; and JOHN**
**DOES I through X**                                            **DEFENDANTS**

**<u>FINAL JUDGMENT</u>**

In accordance with the "Opinion and Order" entered March 31, 2026, this case is dismissed

without prejudice.

**SO ORDERED**, this 6th day of April, 2026.

                **/s/Debra M. Brown**            
                **UNITED STATES DISTRICT JUDGE**